Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Teresa M. Anderson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TERESA M. ANDERSON, | Case No.: 1:15-cv-01519-EPG |
| Plaintiff, | STIPULATION AND ORDER DISMISSING THIS ACTION |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE |
| Defendant. | |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Teresa M. Anderson ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation

pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: June 29, 2016            Respectfully submitted,

                                    LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Young Cho*
                       BY:_____
                             Young Cho
                             Attorney for plaintiff Teresa M. Anderson

DATE: June 29, 2016            PHILIP A. TALBERT
                                   United States Attorney

                                    /s/ *Jeffrey T. Chen*
                                  _____
                                  JEFFREY T. CHEN
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant Carolyn W. Colvin,
                                  Acting Commissioner of Social Security
                                  (Per e-mail authorization)

## **ORDER**

    Pursuant to the parties' stipulation (Doc.13), this action is dismissed with prejudice.  FRCP 41(a)(1)(A)(ii).  Each party shall bear their own costs and fees.  The clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 1, 2016                               /s/ **Erica P. Grosjean**
                                            United States Magistrate Judge